UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GENERAL MEYER MEDICAL CLINIC | CIVIL ACTION |
| VERSUS | NO. 23-7338 |
| BANKERS INSURANCE COMPANY | SECTION: "G"(4) |

## ORDER

Considering the parties' "Joint Motion to Dismiss with Prejudice,"[1]

**IT IS HEREBY ORDERED** that all claims raised in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

NEW ORLEANS, LOUISIANA this  27th  day of September, 2024.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 16.

1